1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT EUGENE ROJAS,                    Case No. 1:22-cv-01106-EPG (PC)

12              Plaintiff,

13        v.                                  ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE
14   CALIFORNIA DEPARTMENT OF                 EASTERN DISTRICT OF CALIFORNIA
     CORRECTION AND
15   REHABILITATION, et al.,

16              Defendants.

17

18        Plaintiff[1] filed this action, together with a request to proceed *in forma pauperis* pursuant to

19   28 U.S.C. § 1915.  As it appears that this action should have been filed in the Sacramento

20   Division of the United States District Court for the Eastern District of California, the Court will

21   transfer the case to the Sacramento Division.

22        Pursuant to Local Rule 120(d), "[a]ll civil and criminal actions and proceedings of every

23   nature and kind cognizable in the United States District Court for the Eastern District of

24   California arising in … Sacramento … shall be commenced in the United States District Court

25   sitting Sacramento, California…."

26        In the complaint, Plaintiff alleges violations of his patent by Defendants.  In the

27   ─────────────────────
28        [1] The Court notes that, in the caption of the complaint, the plaintiff is listed as Robert Eugene Rojas.
     However, in the "PARTIES" section of the complaint, the plaintiff is listed as Baby Dynasty Inc.  As this Court has
     found that this action was filed in the wrong Division, this Court will not address this issue.

                                              1

"JURISDICTION AND VENUE" section of his complaint, Plaintiff alleges, in a conclusory fashion, that the cause of action arises from Defendants' "activities in the state of California in this District for the Fresno region."  (ECF No. 1, p. 10).  However, Plaintiff states that the violation occurred in Sacramento County Main Jail.  (Id. at 1).  Moreover, Plaintiff sues the Sacramento County Main Jail and a clinical psychologist who works there (as well as a company named Asutra LLC that has its principal place of business in Illinois and the California Department of Corrections and Rehabilitation).  (Id. at 11-12).  Finally, there are no allegations suggesting that any part of Plaintiff's claim arose out of incidents that occurred in Fresno County. There are, however, allegations that Plaintiff's manuscripts and business plans were taken from him while he was incarcerated in Sacramento County Main Jail.

Sacramento County Main Jail is in Sacramento County.  Sacramento County is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper Court.  Therefore, this action will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

\\\
\\\
\\\
\\\
\\\
\\\

2

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **September 5, 2022**              /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE